# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO THE : No. 137

: 

PENNSYLVANIA INTEREST ON : DISCIPLINARY RULES DOCKET

: 

LAWYERS TRUST ACCOUNT : 

: 

BOARD : 

## O R D E R

**PER CURIAM:**

AND NOW, this 11th day of August, 2015, Ourania Papademetriou, Esquire, Philadelphia, is hereby reappointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years commencing September 1, 2015.